**Exhibit A to the Complaint**

**Location:** Plano, TX  
**Total Works Infringed:** 81  
**IP Address:** 70.119.72.255  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7277A59EE15D6BCBDE93A948B151E12CD1E6DE32<br>File Hash:<br>BEBFB9DC67D4A982AAD15C7CF1299B4F25FC867AC361CB0D1CF1BD5AE35C17DF | 12-11-2020 09:22:37 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |
| 2 | Info Hash: A5FC96E88D78817E097A7638BFF4C79028FA6961<br>File Hash:<br>55201047A6F1DBCFB62B55B037645B94BB99CB98355AB7757178E4CB9279F561 | 02-15-2021 05:17:29 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 3 | Info Hash: 74B6C4B2142320EF173D23A437202D324DB588BF<br>File Hash:<br>A3DF8C921FB6A10C3FB6324B17383D1C711F4D7A024F3A50CAE1367F126CDAE0 | 02-15-2021 03:17:12 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 4 | Info Hash: 12E9D5A5076916A0D0E2D2E6C76ECEC6C71B477F<br>File Hash:<br>A2129D366B86687DFB8D81B3F6519F5DEDC39BC5C1CEBD842AA4DD68FBD40E31 | 02-13-2021 07:18:34 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 5 | Info Hash: 72CF32D82CDC03B4A628E99BA4E2B0327193029A<br>File Hash:<br>3E733D8E3B150936DFE95A933E771E80401250372AB7D813147805E218331583 | 01-31-2021 18:42:18 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 6 | Info Hash: 22EDE2B49D3E2F84DD3EF8868F5DF57C6A8D9DCA<br>File Hash:<br>29BC07BC93FCA771CE7EF9DB770633C5EC1DCDA6823A8F3B0660AA6F4DEAC79D | 01-31-2021 16:09:16 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 7 | Info Hash: C65B0718B2856D5898D2BCFAD5347E2943CB6E60<br>File Hash:<br>6BF8FFC9C9CACF56E9504FFAAF703C296EC20939E9360D51F564352CAD6E96EF | 01-29-2021 03:00:28 | Tushy | 12-13-2020 | 12-28-2020 | PA0002269085 |
| 8 | Info Hash: F083494A7EF6DCB0F1C1CCB2E3B439D46B8E121D<br>File Hash:<br>6D8F28B6897356FB8F127C57432BCB0094117CA11BB5EABDA1879D9FEDDCA303 | 01-23-2021 11:14:57 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 9 | Info Hash: 988F927F90E134982B8CD3978EF27BA55E205C53<br>File Hash:<br>C607FD8C292C7B36EDD3B9909EA0E140BD496CC2BB18EF39A85D525A249E99D5 | 12-27-2020 11:00:57 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 10 | Info Hash: 34E4DA6E5D1F0861B3294B6E641601FCDB2271B9<br>File Hash:<br>C4F26B7087B8C215108FF4593137C894F403D2940B13FE7A97453FAB61C34E23 | 12-27-2020 10:51:13 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 11 | Info Hash: 9C1CE6FCB8D6698AEC45344B2242F96968711B89<br>File Hash:<br>8196532497D1741E36686422F1AE49C5AEFDEAAC49A1D08F03F6154E8CAE013D | 12-20-2020 09:44:05 | Blacked | 10-10-2020 | 10-22-2020 | PA0002261812 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: DC51BC65295AEE5DC56843D1E2A3CE91668DE8FE<br>File Hash: 9419A554483D17AA047E538B745DAF56BF15D37674E85F9832D3F60F94F81D6B | 12-05-2020 12:22:34 | Blacked | 08-29-2020 | 09-05-2020 | PA0002255478 |
| 13 | Info Hash: 7E32EEA259FEC7C467285172D773CBB48BC43C6B<br>File Hash: 289F90643B7440680598489942862696679EC0E9FE7FCDA6FE8EA60096F41A9 | 12-05-2020 11:38:51 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 14 | Info Hash: E286F7AA73F577065776C5D29062592717619591<br>File Hash: BB8C31BE21E18A2CC4F9AF12F04E4BFE930E2FE2C010CE7780EB79F2B57AB516 | 12-03-2020 15:16:13 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 15 | Info Hash: 8245C5788FC65E9D62956E93E248CD39C1D9C4BB<br>File Hash: 975E94CE108E87746A1BCDB1B386358D187DFD235A37B2073EEEB230677272F8 | 11-26-2020 08:04:45 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 16 | Info Hash: 3AB4379E04C0DE3E0E2DEC5D57D1E2734620A57F<br>File Hash: BE3492729C0629A0CA3B64EA8DDC9C3921289208476737232A7644831F847EE7 | 11-20-2020 12:39:59 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 17 | Info Hash: ABC0C195E2BBF84F587F37AF7EB8F746860EE8AB<br>File Hash: D9789C10F5472D6DB4B2A8D9F8CD8E0A7C7087FA1FF2A83B2F39ADC6D3A0B691 | 11-20-2020 12:25:36 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 18 | Info Hash: 7305155D3B1796DF506B513F8A9E58AA7AAC6C39<br>File Hash: F5C15FFC929D749BB71F63C84A287BC94E20C3325091EBE2349C35BC588A6100 | 11-20-2020 11:08:39 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 19 | Info Hash: 0A9EF185B223767F424C05305222E7F14C10C734<br>File Hash: F949F9F17DF3AA3250701D1C97A6109FC5A82305A137E17785F82FD1E2C0F588 | 11-20-2020 10:43:20 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 20 | Info Hash: F02038ED79DADCF1634BEFA492E284250F51B663<br>File Hash: B235D62382C31D4D7381203DDF90467BFFB5FC1B05C7A43D4F2F01AA32FA95D1 | 11-15-2020 11:43:43 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 21 | Info Hash: 46E9F480C2164858AD15AF7B300D187C4AB4BB9E<br>File Hash: BD2B0360689C43E61899A19E18BD4609EA21D8DC3A51D71EE12394E88ABBB640 | 10-25-2020 05:47:32 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 22 | Info Hash: C133D6E28E71854F7C9E476BE465CD63BE1C8C2B<br>File Hash: C3066DC940D2CE6351DAEA891B40F962251B482354FCA3A5F20AE3F5B9F94773 | 10-08-2020 06:24:07 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 23 | Info Hash: 09D65CC86F342595894E6E1AAC1BE37224B9F637<br>File Hash: 2A8F20D68655A1CAE08353247050546D2AB13AADF18DFAE66DE218D7F169C6DB | 10-08-2020 06:15:54 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 31A8F8D6F5F44439A0746AC2A1FEECBC46A39FEB<br>File Hash: 722D74E39C11DDEF29652D55415EA1762EF6EC36A73642EC20CDEFBAB5FE5906 | 10-08-2020 06:14:05 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 25 | Info Hash: 70E290BA761A02F954B46C202A914AF2EBA424A0<br>File Hash: 4DE4E1DE98D652627ADEEA7C33F67F8B4602B868ED5754F0AA823CA7FE03BB96 | 10-04-2020 17:48:55 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 26 | Info Hash: 71B5BACD1E0CA9422B3C4F5C91B943629E119DA6<br>File Hash: E3A468DAFD516F59D05D6DEDE8F8ADFF486BE34B24A78B177152957480D368D5 | 09-18-2020 23:08:36 | Blacked | 09-12-2020 | 09-29-2020 | PA0002258684 |
| 27 | Info Hash: CF68460DE9D9906097987EC8282AFEB65C3285B7<br>File Hash: 89D2A8B1E0C33574D55170A12C1AC1BEAAA8DAD27057E862E44E6FD7099822CB | 09-06-2020 08:59:06 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 28 | Info Hash: 623664DB91C56CCBDD3B77BADAE7AF7D76D9A817<br>File Hash: AC6A01BCA8A5640B192D798D3755118DDB5674092C473B0C6B240BC911A87336 | 09-05-2020 11:26:01 | Tushy | 08-30-2020 | 09-05-2020 | PA0002255477 |
| 29 | Info Hash: 1130C4C8190EEBD3CC2E36DED9339AB5C89F7ED2<br>File Hash: 9B3A0EEC0CE104D60F96BF615547DECADA181F5AEB188FA1CC22B96BD45F01B0 | 08-23-2020 08:24:45 | Blacked | 08-22-2020 | 09-05-2020 | PA0002255479 |
| 30 | Info Hash: 19816DD7F8D6650A9DF46433A617858034440FC8<br>File Hash: E1AAAC64CF57691DC520C1191297E95EF1C1A8CB1F21C0C1C938013F2272C71A | 08-22-2020 06:27:33 | Blacked | 08-08-2020 | 08-31-2020 | PA0002265640 |
| 31 | Info Hash: F2E2D4E046CCDC0E6FB0A0BE24D07653F3A912F8<br>File Hash: 6106DF256B24DD6C920A937F36BDC9F76CE6C6CA22C29C661D65493E9FC055B0 | 08-22-2020 06:10:46 | Tushy | 07-26-2020 | 08-31-2020 | PA0002265634 |
| 32 | Info Hash: D6E0A40D7E916C17226EFE6BB7290F89845DA1AD<br>File Hash: 2D65FAB3ECF540837E4442CCF67DBD19262CBC25898523B6ABC46F2B681AA87F | 08-16-2020 10:40:15 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 33 | Info Hash: 1902DE7B974CAE62FB7A5DE639C19031FC126C4B<br>File Hash: 781B373FEF7FD1DB9FFCC80BE5795BB9A4321D3C081FC38E6B983D49B1551E4A | 08-07-2020 23:46:37 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 34 | Info Hash: FCB549F603421D845CA6D561B936B458E6EB795A<br>File Hash: 62ACD10B7CEEF974448C07E4E552484EDC7229EBBFB82B3DABFFB38BD045AC69 | 07-19-2020 11:54:45 | Blacked | 07-18-2020 | 08-11-2020 | PA0002252258 |
| 35 | Info Hash: C695EDFA34BDA5089F0EC37C361E56A8C5CF5878<br>File Hash: DFB96246FAF43B88B6AA8D9ECE6BD4CF7DB5EFB3E416CA5A9C08219EDCA0C24B | 07-05-2020 13:21:05 | Blacked | 07-04-2020 | 07-20-2020 | PA0002248966 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: A9B652891F923FA4B1F6090BABF9E9299A23C6A4<br>File Hash: 948398B9693BBBF102BD10D0BCEA42798BB70A3DDCAC20A0A1F9F8252076F9B2 | 06-28-2020 12:06:08 | Blacked | 06-27-2020 | 07-17-2020 | PA0002248593 |
| 37 | Info Hash: 9E7AC67ED84D7D04BF3CC582B9C85202AE696326<br>File Hash: F2A48655FBEF5FF6669D03A8713DF2668EB11CC499D2C41070BF7E2378288216 | 06-15-2020 15:17:04 | Blacked | 04-05-2017 | 06-05-2017 | PA0002052859 |
| 38 | Info Hash: 1E75D55B9CB9C6FA302F8713E147F1746FF6DD49<br>File Hash: 9F8D85F8891AEF72D27F0506C73DC451F1F040691A4BF7996BF82D318BEBF632 | 06-15-2020 15:05:51 | Blacked | 04-20-2017 | 06-15-2017 | PA0002037578 |
| 39 | Info Hash: 590A9000C3DC58732156A82C92538A10258C408F<br>File Hash: 1E93EB810B90846A612A322BE3392620001AC3B044BDE91C811FB345866007DC | 06-15-2020 15:00:19 | Blacked | 06-19-2018 | 07-14-2018 | PA0002130450 |
| 40 | Info Hash: E9407F58E7AC3E4D0F002D6C7DB295374399E029<br>File Hash: 93E94D485908E0CE0D824D747E4F76C52D9AFCB79CAD56362CC477EC64C83E01 | 06-14-2020 09:58:51 | Blacked | 06-13-2020 | 06-22-2020 | PA0002245632 |
| 41 | Info Hash: E414F51C9CAEDAE13DFDFCD4D7B6E2BF537CCA2D<br>File Hash: B62557344D13584F864FA15DDC51FB2E8E9968E886A66700C9838788D145111D | 06-07-2020 09:05:14 | Blacked | 06-06-2020 | 06-22-2020 | PA0002245636 |
| 42 | Info Hash: 4B6F7F45A8692DF06FACA9BAC618F623F6C21E68<br>File Hash: 00682071DAEB5CE10C349DA50EEECEFFD395A3FED25E4FAB50E9A15851828228 | 05-28-2020 08:07:58 | Tushy | 03-16-2020 | 04-15-2020 | PA0002244959 |
| 43 | Info Hash: DE94C77C37E9AA061AA4FF6A6876F81DCA80A3B8<br>File Hash: 7638CE78E44C3E6F7E270A9F9AD88AA2D85839B6C2ED790A70FBD773E941C05A | 05-28-2020 08:03:20 | Vixen | 02-03-2020 | 03-15-2020 | PA0002240554 |
| 44 | Info Hash: 1B85877B1F9634D575BC7A9A581403999E54D1AB<br>File Hash: B3FC20EEB6FE8C380715BB7802806165AB3E8B84564A236D8C6FC1F1E195AE1A | 05-25-2020 16:41:30 | Blacked | 05-23-2020 | 06-22-2020 | PA0002245638 |
| 45 | Info Hash: 6B4F18C876C0B9CE2F235EF293F8EC05E5CB2697<br>File Hash: E9BA67983FBF8527DAC0F0DDF6EB391EC76F4436A41F171F04951B5CF36AB324 | 05-21-2020 14:36:25 | Blacked | 05-16-2020 | 06-22-2020 | PA0002245639 |
| 46 | Info Hash: 7B59B7D3F2021F4D4E93C84314121CE2A2E5F596<br>File Hash: 08E0D570CF10000543FAF3034134F9F70572F85A6F20AF4714C49133A2D2C977 | 05-16-2020 07:05:56 | Vixen | 02-13-2020 | 03-15-2020 | PA0002240552 |
| 47 | Info Hash: 24A64BE5C3820F898A670007F7B072A805BD9DDF<br>File Hash: 2660E35C524E89782B4DF17995C883976A29E7EA796614E16437CBF8AEFB02B0 | 05-14-2020 10:52:12 | Blacked | 05-09-2020 | 06-08-2020 | PA0002243649 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 92F100D13ABA3A409D4CB6ABC2B24723AF8C693D<br>File Hash:<br>1B0B838BB4988A0F4005BC95DFCAE8DE658E6F0ED2004E0348F00F3E5F22B2B8 | 05-14-2020 09:53:06 | Blacked | 05-02-2020 | 05-19-2020 | PA0002241471 |
| 49 | Info Hash: FED9CBC943CC50537BBD8267BD4FA4C4848363B1<br>File Hash:<br>ED1BA66718984D5855EF40B4782EFA7B40EB613381E9A271500EABD09DE1E77E | 04-26-2020 20:15:23 | Blacked | 04-25-2020 | 05-05-2020 | PA0002249013 |
| 50 | Info Hash: 8B3B424903BAA63F146C6587BBAEBD3103EBF169<br>File Hash:<br>B8D4A521EF2779064D9E14FA353690E5381774D290E7483CECB8AE4A9C25647A | 04-19-2020 15:40:35 | Vixen | 04-17-2020 | 04-22-2020 | PA0002237694 |
| 51 | Info Hash: 1EB9F1FD518011DA81313D9C95C13D2DAF986DEA<br>File Hash:<br>BE0714950BAE66935380D8A295E3561971B9A96907AC462560C210D5E728F711 | 04-19-2020 14:43:19 | Blacked | 04-18-2020 | 05-19-2020 | PA0002241472 |
| 52 | Info Hash: D87F96E2DE48F924F8E375EE26C21F6ECABC68A1<br>File Hash:<br>BAFDCF065640195A34352C75C9069D68D4BDB897336C2EA90EA7870F373D04C8 | 04-13-2020 19:44:36 | Blacked | 04-11-2020 | 04-22-2020 | PA0002237696 |
| 53 | Info Hash: 0375A9CC6F696CF14E34696CAE9EF334733741E8<br>File Hash:<br>1C99FE6D021C575065CC1B5D4E76375B08A2CA860933F776EC1CBDB22FBC1D2D | 04-04-2020 00:38:30 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 54 | Info Hash: 4D681AA2C0E7C46C0814F3BBA7DF71007C31C7E8<br>File Hash:<br>0408F6FA4B819558C266E53122B05254F0924FB41DBB21F395B269437C030F3F | 04-03-2020 23:30:19 | Blacked | 03-28-2020 | 04-15-2020 | PA0002246108 |
| 55 | Info Hash: 447FD904E4A457202570D50D97F671C748E95C2F<br>File Hash:<br>1239AE0D70709F9E0A8F51636316E6A7700342BF175E3B349BBF9567960B0692 | 03-27-2020 03:31:08 | Blacked | 03-15-2020 | 04-15-2020 | PA0002246109 |
| 56 | Info Hash: A26A6EB5ABB7F0C8AC2332FA285888FD3CC8B957<br>File Hash:<br>3F55C01EC49B2EBFACC7CE0DD0E9476E17B670CE855BA82E1C7851DA83EEC0F0 | 03-14-2020 07:00:55 | Blacked | 03-10-2020 | 04-15-2020 | PA0002246103 |
| 57 | Info Hash: 47DD381C88E056FF42624B981E39EF41F9D0D1FC<br>File Hash:<br>6D42056DCAD5B1C0C6C6E369DAF45DD568C56B522B9D19E07A59EC677C3A0884 | 03-08-2020 17:10:36 | Blacked | 03-05-2020 | 04-15-2020 | PA0002246102 |
| 58 | Info Hash: A799878765832A277C65FB1F9AD5AE8D594F1ED4<br>File Hash:<br>644AB34A0CDB356C03C6891C409E39387C6798A62E8CC2B4F90837CCD272F86B | 02-29-2020 13:50:56 | Blacked | 02-24-2020 | 03-18-2020 | PA0002241627 |
| 59 | Info Hash: DB62E40C2955C3F1CA423B86FC0488F726C2335F<br>File Hash:<br>5E77791CA69E8D411E98B26FAB96CF8505CC66AE74C42FD899695FD22BDB5A12 | 02-21-2020 22:50:38 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 12A608036EFA7F6279C0F86E26431F883D18F344<br>File Hash:<br>80B53A940C5080A4CCD3AC751E51450CF770E1AC3640B9E4B26292153BE3D5A9 | 02-18-2020 15:50:54 | Blacked | 02-04-2020 | 02-20-2020 | PA0002229052 |
| 61 | Info Hash: A06A9A15C1E92017AF8A986640C85CAD25CE9DC1<br>File Hash:<br>46FEC717655D2B9464FF3F06AB9236D57F9CE5B0718AE8F9DC657EC1C2817D12 | 02-01-2020 03:13:17 | Blacked | 01-30-2020 | 02-20-2020 | PA0002237624 |
| 62 | Info Hash: A8F89195C84549E7FB39FBDB8720C479AD022662<br>File Hash:<br>F8CE8E0DB0EAB65F9B5BC1D3EEAF22F89AE169435419C66E28A8E19AED15A875 | 01-28-2020 06:46:43 | Blacked | 01-25-2020 | 02-20-2020 | PA0002229054 |
| 63 | Info Hash: 256BAF077E8BB6890FCFBFD0AAEC1F8FC1015E96<br>File Hash:<br>F7CBC964E129F43C96493AABC0E37138F5FFD14C5E6B35DC506E39224493481A | 01-18-2020 09:52:05 | Blacked | 01-15-2020 | 02-04-2020 | PA0002225584 |
| 64 | Info Hash: A96E15624A7DC7EBC246B11E0E6C448D785EB836<br>File Hash:<br>5A0ADBA8C9A43A01DEC1C9FE51D16254C2448235709D089A01B227A6AF297A1E | 01-11-2020 01:40:21 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 65 | Info Hash: C8BF43D1C97CFA2F83ADB8A32F39ACAABFCDAE24<br>File Hash:<br>59A88FC83130B7571A183F1538701825CED832184729F4FC7C643C6CD5B2664D | 12-14-2019 11:11:15 | Blacked | 12-11-2019 | 01-03-2020 | PA0002219628 |
| 66 | Info Hash: 8BB2F75802F49EFD75678A239850423D72452F3F<br>File Hash:<br>1688FFDC65F24CFFA8F839CF55DEA19B5162AF79B2B182D1EA31F39F3C208CDE | 12-08-2019 13:00:45 | Blacked | 12-06-2019 | 12-17-2019 | PA0002217665 |
| 67 | Info Hash: D702D009EB68CCFCCED118FF97BC6DFFFC22A38E<br>File Hash:<br>EEB5F417612E98224C56B6D41EBFFE1E1E502D06E897E6B9C94C4B48BAC263DD | 12-08-2019 12:59:08 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |
| 68 | Info Hash: 3C6AB1B3521208CFB51C024E2A203C0C7CF81944<br>File Hash:<br>DE54F58E5818C41CB82827CC9288D56D371B10A336AAD9D2CEAF51A5BC03677A | 12-01-2019 11:45:19 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 69 | Info Hash: 0C3DE4F2C051D172C64E1806FF1443E927D83769<br>File Hash:<br>E2C7F4AA2C72DC7A352817F7CE175170EF8AB2A69D96A7CA1F3F3F8768E8A3B4 | 11-20-2019 22:20:39 | Blacked | 11-16-2019 | 12-03-2019 | PA0002232049 |
| 70 | Info Hash: 394C61DBB1F7AE37235312328E8EA8D997C00B8D<br>File Hash:<br>353FEF6A78480786CB531A4AFC7F59D196EC18C5E430A53E37FAE917F3E9EE3C | 11-08-2019 17:44:35 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 71 | Info Hash: B64795AC58268CD9C422E07C69CFE21BF5817B3A<br>File Hash:<br>D635910093E18115308F865230E69E3C9BD78A158FE7F327A8E07D39DC5D7AED | 10-23-2019 23:25:34 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 8EC5F4F333FB048EA392494A3F62F24848A59551<br>File Hash:<br>8E2986D242CCBEB171C559F71359EE7AE7E3012A516BD3457E68D90529851E03 | 10-18-2019 08:08:54 | Blacked | 10-17-2019 | 11-05-2019 | PA0002210291 |
| 73 | Info Hash: C7EFF333A469DA5233B6600891C3DE5D2D567A6B<br>File Hash:<br>0D91C08743085C2957F0C3B154B188EC1B91644CA0A214B5433626C30B8725F2 | 10-12-2019 18:55:53 | Blacked | 10-12-2019 | 11-05-2019 | PA0002227087 |
| 74 | Info Hash: 4C3B0F9B5F2EA7CDE8E3FB6708E6F18FEE8FCD78<br>File Hash:<br>87334121CFE7FF54DBBEDE1CD5174BABE2A323BE1D22D51A3241CF88C2A542C2 | 10-12-2019 18:52:57 | Blacked | 10-07-2019 | 10-21-2019 | PA0002207742 |
| 75 | Info Hash: 38C22CEAD87561E0EAC71E4F2A59E1EEF94F12BE<br>File Hash:<br>03076FA268AD56E7EC71728F47098AAB5AE90D9439F3107FDCF8BC14F3EDB66A | 10-03-2019 21:46:44 | Blacked | 10-02-2019 | 10-21-2019 | PA0002207747 |
| 76 | Info Hash: 3917E23A20D11C20256683DBD92B8601ECAA8554<br>File Hash:<br>4CDAB90C13E349B2B90D24F9411BE3734327D69571C7FE68C32E272BD72C3AFC | 09-28-2019 08:39:44 | Blacked | 09-27-2019 | 10-07-2019 | PA0002205468 |
| 77 | Info Hash: AE71CD71FE301E6D4F98424CD05705EA6C3AA4E6<br>File Hash:<br>2761D8C5A9D5E89342C135DA45A9465C54877C4CA6FB1E0174400417AB8397D0 | 09-20-2019 15:29:33 | Blacked | 09-17-2019 | 09-25-2019 | PA0002203161 |
| 78 | Info Hash: 2FC3F09B947E9E86BB127C09DAE7DB9FAE18FD4A<br>File Hash:<br>671B982103377F6C3E28954833E87D419208E318DC2F390CDB2A101A47F67ADB | 09-14-2019 02:24:21 | Blacked | 09-12-2019 | 09-25-2019 | PA0002203159 |
| 79 | Info Hash: E3A8C18869DAC69874DC78556D8EE2B1BA4AC5EA<br>File Hash:<br>80FD8819A29C3FD8D153E45E10848D0C7A481FF71B7CB02776C1154E17D5BEAE | 09-08-2019 09:18:26 | Blacked | 09-07-2019 | 09-25-2019 | PA0002203158 |
| 80 | Info Hash: 20EEC6FEA5F9C7D469DA65D3F0A0E01D64F17155<br>File Hash:<br>6C572A6A6F1217AAB32C6E96E50909C85B40CEC071EA2263A9F07C30651F4DCD | 09-05-2019 00:37:21 | Blacked | 08-28-2019 | 09-13-2019 | PA0002200704 |
| 81 | Info Hash: B071CD0DD8D8C3104E124CAD387BECC6BB3E273F<br>File Hash:<br>AA0BC4C6FE7CD9AC6903EFE7DB520E0D4365147E432EF97207A53D67375A920A | 09-05-2019 00:32:06 | Blacked | 09-02-2019 | 09-13-2019 | PA0002200702 |